IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FUNERAL CONSUMERS<br><br>Antitrust Litigation. | No. C 05-01804 WHA<br><br>No. C 05 02501 WHA<br>No. C 05 02502 WHA<br>No. C 05 02792 WHA<br>No. C 05 02806 WHA<br>No. C 05 03124 WHA<br>No. C 05 03305 MEJ<br><br>**ORDER TO FILE SUPPLEMENTAL INFORMATION** |

    By 10 a.m. Thursday, Sept. 8, 2005, plaintiffs' counsel in all of these cases and any other cases that should be related are ordered to file declarations listing all similar actions filed by any of them anywhere in the United States against any of the same defendants named in these actions and when they were filed. Please do this without regard to the particular plaintiff. If any such actions were subsequently dismissed (whether or not served), please state when and why.

    **IT IS SO ORDERED.**

Dated: September 6, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE