1   CONSTANTINE CANNON
    MATTHEW L. CANTOR
2   GORDON SCHNELL
    JEAN KIM
3   KERIN E. COUGHLIN
    S. MICHAEL KAYAN
4   450 Lexington Avenue
    New York, NY 10017
5   Telephone: (212) 350-2700
    Facsimile: (212) 350-2701
6
    LAW OFFICES OF JEFFREY F. KELLER
7   JEFFREY F. KELLER (Bar No. 148005)
    KATHLEEN R. SCANLAN (Bar No. 197529)
8   425 Second Street, Suite 500
    San Francisco, CA 94107
9   Telephone: (415) 543-1305
    Facsimile: (415) 543-7861
10
    Attorneys for Plaintiffs
11
12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14

15  **IN RE FUNERAL CONSUMERS**       ) Case No: C 05 01804 WHA
                                       )
16  Antitrust Litigation.             ) Consolidated Cases:
                                       ) No. C05-02502
17                                     ) No. C05-02501
                                       ) No. C05-02792
18                                     )
                                       ) ~~[PROPOSED]~~ **ORDER TO**
19                                     ) **CONSOLIDATE CASES**
                                       )
20                                     ) Actions to Be Consolidated:
                                       )          C05-3124 ~~MEJ~~ WHA
21                                                 C05-3305 MEJ

22

23

24

25

26

27

28

Plaintiffs' Administrative Motion asking that the matter of *Caren Speizer v. Service Corporation International et. al.*, Case No. C 05-3124 ~~MEJ~~ WHA, filed on August 5, 2005, and the matter of *Frank Moroz v. Service Corporation International et al.,* Case No. C05-3305 MEJ, filed on August 12, 2005, be consolidated for all purposes was submitted to this Court, the Honorable William ~~H.~~ Alsup, presiding. Having reviewed the motion and all other papers and good cause appearing, IT IS HEREBY ORDERED: Plaintiffs' Motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated:  September ___9___ , 2005

By: _____
~~HON.~~ WILLIAM ~~H.~~ ALSUP
UNITED STATES DISTRICT ~~COURT~~ JUDGE

~~[PROPOSED]~~ ORDER TO CONSOLIDATE CASE