IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAREN SPEIZER,

    Plaintiff,

v.

SERVICE CORPORATION INTERNATIONAL, STEWART ENTERPRISES, INC., HILLENBRAND INDUSTRIES, INC., BATESVILLE CASKET CO., and ALDERWOODS GROUP INC.,

    Defendants.

No. C 05-03124 WHA

**ORDER TO SHOW CAUSE**

    On September 23, 2005, the Court granted a motion to transfer to the United States District Court for the Southern District of Texas cases related to and consolidated with the above-captioned case. The order is available through the Electronic Case Filing docket for Case C 05-01804 WHA.

    Plaintiff is **ORDERED** to show cause in writing by September 30, 2005, why this case should not also be transferred to the Southern District of Texas as well.

    **IT IS SO ORDERED.**

Dated: September 23, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28